THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v COREY FRANKLIN, Appellant. [938 NYS2d 812]

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Dillon, J.P., Florio, Austin and Roman, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ADAM GOLDSMITH, Appellant. [938 NYS2d 820]

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Mastro, A.P.J., Rivera, Florio and Eng, JJ., concur.